UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Ivan Acevedo Colón, et al

VS.   CIVIL NO. 98-1273 (JAF)

José Fuentes Agostini, et al

DESCRIPTION OF MOTION

DATE:
FILED:         DOCKET:#    Title:

( ) Plffs           ( ) Defts

( ) Government      ( ) Other

ORDER

The Pretrial Conference shall be held on December 16, 1999, 2:00 PM.

Trial shall be held May 8, 2000, 9:30 AM.

cfes: Becky/Jury Clerk

10-1-99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

26