# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





IVAN ACEVEDO COLON, ET AL

VS.

CIVIL NO. 98-1273 (JAF)

JOSE FUENTES AGOSTINI, ET AL

---

### DESCRIPTION OF MOTION

DATE FILED: 12/02/99   DOCKET #: 27   TITLE: JOINT MOTION by all parties
|to Continue PTC |

[X] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *The pretrial conference set for 12/16/99 is Rescheduled for January 25, 2000, at 12:00 Noon.*

12/6/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE