IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVAN ACEVEDO COLON, ET. AL.

Plaintiff(s),

VS.                                                Civil No. 98-1273 (JAF)

JOSE FUENTES AGOSTINI, ET. AL.

Defendant(s).

=========================================

## PARTIAL JUDGMENT

Pursuant to Court's Order, see Docket #29, the claims against defendants State Insurance Fund Corporation, Oscar Ramos Meléndez, Myrta Rosario, and Julia Z. Cardona, are now dismissed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of January, 2000.

JOSE A. FUSTE
U.S. DISTRICT JUDGE

By: _____
REBECCA AGOSTINI-VIANA
DEPUTY CLERK


