# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



IVAN ACEVEDO COLON

VS.

JOSE FUENTES AGOSTINI, ET AL

CIVIL NO. 98-1273 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 01/18/00   DOCKET #: 30   TITLE: MOTION by Livia Alvarez, Ramon Orlando Diaz, Ana Davila-Soto, Julia Z. Cardona, Myrta Rosario, Oscar Ramos-Melendez |to Continue PTC|

[ ] Plaintiff(s)
[X] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The complaint against Nepsi Center should stand dismissed. Parties granted 60 days to conclude discovery. PTC conf shall be held 4/14/2000 12:00 noon.

DATE 1/25/2000

JOSE A. FUSTE
U.S. DISTRICT JUDGE

cc: Courtroom → for Partial Judgment