### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO



IVAN ACEVEDO COLON

Vs.                                                         Cv. 98-1273 (JAF)

JOSE FUENTES AGOSTINI, ET. AL.

## PARTIAL JUDGMENT

Pursuant to Court's Order, Docket #24, the complaint against Mepsi Center, a/k/a Hato Rey Psychiatric, is now **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 28th day of March, 2000.

                    FRANCES RIOS DE MORAN
                          CLERK

           BY: _____
                    Rebecca Agostini-Viana
                        Deputy Clerk

s/copies: (6) attorneys.

