# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



IVAN ACEVEDO COLON, ET AL
Plaintiff

VS.

CIVIL NO. 98-1273 (JAF)

JOSE A. FUENTES AGOSTINI, ET AL
Defendant

RECEIVED & FILED
00 MAR 30 AM 9:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 3/16/00   DOCKET: 39   TITLE: INFORMATIVE MOTION REGARDING ATTORNEY'S CHANGE OF ADDRESS

[X] Plffs.   [ ] Defts.

## O-R-D-E-R

Clerk to correct docket accordingly

DATE: 3/29/00

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(41)

3