# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





IVAN ACEVEDO COLON, ET AL

VS.

CIVIL NO. **98-1273 (JAF)**

JOSE FUENTES AGOSTINI, ET AL

## DESCRIPTION OF MOTION

| DATE FILED: 02/04/00 | DOCKET #: 35  31 | TITLE: MOTION by Livia Alvarez, Ramon Orlando Diaz, Ana Davila-Soto, Julia Z. Cardona, Myrta Rosario, Oscar Ramos-Melendez |to Accept Spanish Language Documents |
|---|---|---|
| [ ] Plaintiff(s) [x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

X MOOT.

__ NOTED.

**OTHER:**

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

3