UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IVAN ACEVEDO-COLON, et al.,

    Plaintiffs,

v.

    Civil No. 98-1273 (JAF)

JOSE FUENTES-AGOSTINI,
et al.,

    Defendants.

## JUDGMENT

The court **APPROVES** the Settlement Agreement filed by the parties today. Judgment is entered dismissing this case with prejudice and incorporating herein the terms of the Settlement Agreement by reference and as if set forth *in extenso*.

San Juan, Puerto Rico, this 14th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge