IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Ivan Acevedo Colon, et al.

v.                                              CIVIL CASE  98-1273 (JAF)

Jose Fuentes Agostini, et al.

## DESCRIPTION OF MOTION

| DATE FILED: 7/21/00 | DOCKET #: 47 | TITLE: MOTION by Ivan Acevedo-Colon, Milagros Arroyo, C/P Acevedo-Arroyo |for Disbursement of Funds| |
|---|---|---|
| BY: Plaintiffs | | |

## O-R-D-E-R

☒ GRANTED.

☐ DENIED.

☐ NOTED.

☐ MOOT.

OTHER:

_____
_____
_____
_____
_____
_____
_____

7/28/2000                                        /s/ Jose A. Fuste
_____                    _____
DATE                                             JOSE A. FUSTE

Finance
8/1/00                                           UNITED STATES DISTRICT JUDGE